IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARY LYNN STRONKO,** | **CIVIL NO. 1:14-CV-0156** |
| **Plaintiff** | |
| v. | **(Judge Rambo)** |
| **CAROLYN W. COLVIN,** **Acting Commissioner of Social Security,** | **(Magistrate Judge Blewitt)** |
| **Defendant** | |

## **O R D E R**

AND NOW, this 5th day of November, 2014, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Blewitt.

2) The final decision of the Commissioner to deny Plaintiff's Title II application for benefits is **VACATED**.

3) This case is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

4) The ALJ is free to consider additional evidence on remand pursuant to sentence six of 42 U.S.C. § 405(g).

                                                         s/Sylvia H. Rambo
                                                         United States District Judge